**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL BRODIE,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:16-0208** |
| : | |
| **v** : | **(JUDGE MANNION)** |
| **Supt. JOHN D. FISHER,** *et al.,* : | |
| **Defendants** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss Plaintiff's complaint for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6), (Doc. 13) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*

**Malachy E. Mannion**
**United States District Judge**

**DATE:** March 23, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0208-01-ORDER.wpd